IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI L. REID, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3235 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF LANCASTER, NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The parties' joint motion for time, filing 23, is granted. The deadline for filing motions for summary judgment is extended to August 11, 2008, and the deadline for responding to summary judgment motions is extended to September 15, 2008.

2. The pretrial conference is continued to November 6, 2008 at 10:00 a.m. before the undersigned magistrate judge.

3. Jury trial is continued to December 8, 2008 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial

DATED this 31st day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge