THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI L. REID, | ) | 4:07CV3235 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| COUNTY OF LANCASTER, NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiffs' Unopposed Motion to Dismiss With Prejudice (filing 34); Plaintiff's counsel's representation that she has spoken to Defendant's counsel, and Defendant's counsel does not object to Plaintiff's motion; and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay its or their own attorneys' fees and costs.

September 10, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge